### Read v. Smith, appellant.

*Evidence — entries in a memorandum book — receipt.*

In an action to recover moneys loaned by the plaintiff to the defendant, the plaintiff testified that at the time of each loan he made a memorandum in a book, from which he testified, but did not put the book in evidence. The defendant offered the remaining portions of the book in evidence. The referee allowed the book in evidence so far as it related to transactions between the parties, to which ruling the defendant excepted. *Held*, that if the portion of the book so admitted was to be regarded as put in by the defendant as evidence on his part, the ruling of the referee was erroneous, as it was not in accordance with the offer of the defendant.

*Held*, also, that the referee, after admitting the entries of loans contained in the memorandum book, as evidence either against the defendant or to corroborate the plaintiff's statement, should have allowed the defendant to test the accuracy of the entries by showing, if he could, that they were not in fact made at the dates claimed.

After a defendant had testified that loans made to him by the plaintiff in 1865 and 1866, had been paid, and that the plaintiff had also loaned him money in 1867 and 1868; *held*, that he might be asked whether he held receipts for the payment of the latter loans, for the purpose of raising the presumption that the older loans had also been paid.

Appeal by defendant from a judgment entered upon the report of a referee. The action was brought to recover various sums of money alleged to have been loaned by the plaintiff to the defendant in 1865 and 1866.

*R. H. Huntley*, for appellant.

*John H. Strahan*, for respondent.

Davis, P. J., delivered the opinion of the court, which is devoted entirely to a consideration of the evidence, and the rulings of the referee thereon.

*Judgment reversed and a new trial ordered.*